IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | | |
|---|---|---|---|
| KENDALL MERRIWEATHER | § | | |
|     Plaintiff, | § | | |
| | § | | |
| v. | § | Civil Action | |
| | § | No._____ | |
| CRAIG BROWN | § | JURY DEMANDED | |
|     Defendant. | § | | |

### DEFENDANT'S NOTICE OF REMOVAL AND JURY DEMAND

1.    Defendant Craig Brown is the defendant in a civil action filed on April 30, 2024, in Cause No.24-NSC020096, in the Justice Court Precinct 2 of Galveston County, Texas, entitled *Kendall Merriweather v. Craig Brown*. Plaintiff's Original Petition is the initial pleading setting forth the claims upon which the action is based. Defendant is the sole defendant in the case and Defendant first received a copy of the petition on May 1, 2024.

2.    Defendant has removed this case to federal court within thirty days of first receiving a copy of the petition. The following constitutes all processes, pleadings, and orders served upon Plaintiff and Defendant in this action:

    (a) Plaintiff's Original Petition
    (b) Military Status Affidavit
    (c) Certificate of Last Known Address
    (d) Defendant's Defenses and Answer

3.    This is a civil action of which this federal court has original jurisdiction under Title 28 U.S.C. §1331 and is one the Defendant is entitled to remove to this federal Court under 28 U.S.C. §1441 in that the action involves civil claims arising

under the Constitution and laws of the United States thereby triggering this Court's federal question jurisdiction.

4.    Venue is proper in the Southern District of Texas, where the events which form the basis of the suit occurred in Galveston, County, Texas, which is in the Southern District of Texas, Galveston Division.

JURY DEMAND

5.    Defendant demands a trial by jury in accordance with Rule 38 of the Federal Rules of Civil Procedure.

PRAYER

6.    Considering the foregoing, Defendant prays that the above styled and named action pending in the Justice Court Precinct 2 of Galveston County, Texas, be transferred from that Texas Court to this federal Court for jury trial if not dismissed before trial by the Court.

Respectfully submitted,

*/s/ Norman Ray Giles*
WILLIAM S. HELFAND
Attorney-in-Charge
SBOT No. 09388250
SDTX No. 8971
Bill.Helfand@lewisbrisbois.com
NORMAN RAY GILES
SBOT No. 24014084
SDTX No. 26966
Norman.Giles@lewisbrisbois.com
JIMMIE L. HOLLOWAY, Jr..
SBOT No. 24114956
SDTX No. 3698847
Jimmie.holloway@lewisbrisbois.com

2

OF COUNSEL

LEWIS BRIBOIS BISGAARD & SMITH, LLC
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Tel: (713) 659-6767
Fax: (713) 759-6830
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been

forwarded to the pro se plaintiff by electronic mail and mail through the United

States Postal Service on May 16, 2024.

Kendall Merriweather
P.O. Box 371
Galveston, TX  77584
kjmerriweather@gmail.com
*Pro-se Defendant*

> */s/ Norman Ray Giles*
> Norman Ray Giles

## INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

(e) Plaintiff's Original Petition
(f) Military Status Affidavit
(g) Certificate of Lat Known Address
(h) Defendant's Defenses and Answer

# 24-031

**PETITION: SMALL CLAIMS CASE**

CASE NO. 24-NSC020094

PLAINTIFF Kendall Merriweather

VS.

DEFENDANT(S): Craig Brown

Defendant(s) address: 823 25TH St Galveston, Tx 77550

*CITY SECRETARY OFFICE — RECEIVED MAY 01 2024 — CITY OF GALVESTON*

In the Justice Court, Precinct 2, Galveston County Texas

**Received**

APR 30 2024

Justice of the Peace
Precinct 2
Galveston County Texas

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
Defendant abused Official Capacity, Official Oppression, Aggravated Perjury, Tampering with Government Records, Evading Arrest & Detention, Hindering Apprehension, Retaliation, Obstruction, Criminal Intent, Accomplice Witness, Interference with Child Custody, Violating Civil Rights + Universal Human Rights
Ⓐ

**RELIEF:** Plaintiff seeks damages in the amount of $20,000, and/or return of personal property as described as follows
(be specific): N/A , which has a value of $ N/A .
Additionally, plaintiff seeks the following: Emotional, Finiacial relief, Actual Damages Punitive Damages

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

PO Box 779, Galveston, Tx 77553 .

If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box ☑ and provide your valid email address: KJMERRIWEATHER@GMAIL.COM .

Kendall Merriweather
Petitioner's Printed Name

_____
Signature of Plaintiff or Attorney

PO Box 371
Address of Plaintiff's Attorney, if any, or Plaintiff if none

Galveston, Tx 77553
City            State            Zip

N/A
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

**DEFENDANT(S) INFORMATION** (if known):

DATE OF BIRTH: N/A

*LAST 3 NUMBERS OF DRIVER LICENSE: N/A

409-797-3510
DEFENDANT'S PHONE NUMBER: 409-622-3638

*LAST 3 NUMBERS OF SOCIAL SECURITY: N/A

Ⓐ GPD MD-0414356

## MILITARY STATUS AFFIDAVIT

Case No._____

Kendall Merriweather                    §          IN THE JUSTICE COURT OF
**PLAINTIFF**

VS.                                      §          GALVESTON COUNTY, TEXAS

Craig Brown                              §          PRECINCT 2
**DEFENDANT**

BEFORE ME, the undersigned authority, on this day personally appeared Kendall Merriweather

who, under penalty of perjury, stated that the following facts are true:

I am the ☑ Plaintiff ☐ attorney of record for the Plaintiff in this proceeding.

☐ _____, Defendant, is not in military service.

☐ _____, Defendant, is in military service.

I know this because, _____

_____

_____

☑ I am unable to determine whether or not the Defendant is in military service.

_____                    _____
**Plaintiff**                              **Attorney of Record for Plaintiff**

SWORN TO AND SUBSCRIBED BEFORE ME on _____4-30-24_____.

_____
NOTARY PUBLIC, STATE OF TEXAS

Case No. _____

| | | |
|---|---|---|
| Kendall Merriweather | § | IN THE JUSTICE COURT OF |
| Plaintiff(s) | | |
| VS | § | GALVESTON COUNTY, TEXAS |
| Craig Brown | § | PRECINCT TWO |
| Defendant(s) | | |

### CERTIFICATE OF LAST KNOWN ADDRESS

I, Kendall Merriweather , hereby certifies to the Court that the last

known mailing address that I have for Craig Brown , Defendant,

is 25TH St Galveston, TX 77550 .

Address                          City, State, Zip Code

Kendall Merriweather

Plaintiff
PO Box 371
Galveston, TX 77553
Address

4/30/24
Date

FILED
5/14/2024 4:13 PM
D. Blake Apffel
JUSTICE OF THE PEACE PCT 2
GALVESTON COUNTY, TX

CAUSE NO. 24-NSC02-0096

| | | |
|---|---|---|
| KENDALL MERRIWEATHER | § | IN THE JUSTICE COURT |
| PLAINTIFF | § | |
| | § | |
| v. | § | PRECINCT 2 |
| | § | |
| CRAIG BROWN | § | |
| DEFENDANT | § | GALVESTON COUNTY, TEXAS |

## DEFENDANT'S DEFENSES AND ANSWER

Defendant Craig Brown, files Defendant's defenses and answer.

### FIRST DEFENSE

1. Plaintiff fails to state a plausible claim for relief against Defendant. Defendant is entitled to judgment on the pleadings.

### SECOND DEFENSE

2. Plaintiff's conduct was the sole cause of the occurrence which forms the basis of this lawsuit, Plaintiff's alleged harm, and Plaintiff's claimed damage.

### THIRD DEFENSE

3. Defendant is protected from the burdens of suit and liability, for any claim asserted under Texas law by, statutory and common law official immunity.

### FOURTH DEFENSE

4. Defendant's liability under Texas law, if any, is barred or limited by the provisions of TEX. CIV. PRAC. & REM. CODE §§ 41.008, 101.106, 104.001, 104.002, and 108.002.

### FIFTH DEFENSE

5. Plaintiff failed to use reasonable diligence to mitigate damages Plaintiff claims.

SIXTH DEFENSE

6.      Defendant asserts rights under the Fourteenth Amendment and maintains that punitive damages are unconstitutional in this case to the extent they are assessed:

   a.      In an amount left to the discretion of the judge and/or jury;

   b.      In any decision representing less that a unanimous verdict;

   c.      Where underlying culpability is not assessed upon a finding of guilt beyond a reasonable doubt;

   d.      Where the standard of guilt is not clearly defined; and/or,

   e.      Where the assessment of punitive damages or exemplary damages differs from defendant to defendant and treats similarly situated defendants materially differently.

GENERAL DENIAL

7.      Defendant generally denies all claims and allegations in the complaint consistent with TEX. R. CIV. P. 502.5.

Respectfully submitted,

s/ *Norman Ray Giles*
WILLIAM S. HELFAND
Attorney-in-charge
TX State Bar No. 09388250
S.D. Texas No.: 8791
NORMAN RAY GILES
TX State Bar No. 24014084
S.D. Texas No.: 26966
JIMMIE L. HOLLOWAY, Jr.
TX State Bar No. 24114956
S.D. Texas No.: 3698847

OF COUNSEL

LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:  713.659.6767
Fax:  713.759.6830
Attorneys for Defendant

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the

pro se plaintiff by electronic mail and mail through the United States Postal Service on May 14,

2024.

Kendall Merriweather
P.O. Box 371
Galveston, Texas 77553
kjmerriweather@gmail.com
*Pro-se Plaintiff*

/s/ *Norman Ray Giles*

3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Newkirk on behalf of Norman Giles
Bar No. 24014084
Nancy.Newkirk@lewisbrisbois.com
Envelope ID: 87735815
Filing Code Description: Answer/Response
Filing Description: Defendant's Defenses and Answer
Status as of 5/15/2024 11:15 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Norman Giles | | Norman.Giles@lewisbrisbois.com | 5/14/2024 4:13:52 PM | SENT |
| Jimmie Holloway | | jimmie.holloway@lewisbrisbois.com | 5/14/2024 4:13:52 PM | SENT |
| William Helfand | | bill.helfand@lewisbrisbois.com | 5/14/2024 4:13:52 PM | SENT |
| Audrey Bridges | | audrey.bridges@lewisbrisbois.com | 5/14/2024 4:13:52 PM | SENT |
| Nancy Newkirk | | nancy.newkirk@lewisbrisbois.com | 5/14/2024 4:13:52 PM | SENT |
| Kendall Merriweather | | kjmerriweather@gmail.com | 5/14/2024 4:13:52 PM | SENT |